UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMIE MARTIN,
2. RONNIE ANDERSON,
3. JOSHUA SCOTT,

    Defendants.

## **ORDER**

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, November 17, 2010,** and responses to these motions shall be filed by **Monday, November 29, 2010.** It is

    FURTHER ORDERED that a hearing on pending motions, or final trial preparation conference shall NOT be set at this time. Counsel shall contact Chambers should a hearing become necessary. It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, December 6, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: October 6, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge