UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  JAMIE MARTIN,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   Defendant Jamie Martin filed a Notice of Disposition in the above matter on December 10, 2010.  A Change of Plea hearing is set for **Thursday, January 27, 2011, at 11:00 a.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

   Defendant Martin's presence is not required at the motions hearing scheduled for January 26, 2011, at 9:00a.m.

   Dated:  December 10, 2010