IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMIE MARTIN;
2. RONNIE ANDERSON; and
3. JOSHUA SCOTT,

    Defendants.

## ORDER

This matter is before the Court on Defendant Ronnie Anderson's Status Report, filed March 2, 2011, which addresses whether the parties have reached any agreement regarding resolution of Defendant Anderson's Amended Motion in Limine.  Upon review of the status report and the file herein, I find that the procedure outlined in the status report regarding preparation of a transcript and further review of Defendant's video taped statement by the parties is appropriate.  In accordance therewith, it is

ORDERED that the parties shall file an additional Status Report on or before **Monday, April 4, 2011**, outlining any areas of agreement or dispute with respect to the video taped statement that are ripe for judicial determination.

Dated: March 4, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge