UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. JAMIE MARTIN,
2. RONNIE ANDERSON,
3. JOSHUA SCOTT,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Due to a scheduling conflict of the Court, the sentencing hearing for Defendant Jamie Martin, set for **Friday, May 27, 2011 at 10:00 a.m.** is **VACATED** and **RESET** for **Friday, June 10, 2011 at 11:00 a.m.**

     Dated:  May 9, 2011