**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 26, 2012 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00496-WYD**             Counsel:

UNITED STATES OF AMERICA,                         David M. Conner

       Plaintiff,

v.

**1.  JAMIE MARTIN**,                             John S. Tatum

       Defendant.

**SENTENCING**

**10:11 a.m.**    Court in Session - Defendant present (in-custody)

             **Change of Plea Hearing - January 27, 2012, at 11:00 a.m.
             Plea of Guilty - counts 1 and 2 of Indictment**

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

10:12 a.m.    Statement on behalf of Defendant (Mr. Tatum).

10:13 a.m.    Statement and argument on behalf of Government (Mr. Conner).

10:24 a.m.    Statement and argument on behalf of Defendant (Mr. Tatum).

10:29 a.m.    Statement by Defendant on his own behalf (Mr. Martin).

             Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 147), filed March 22, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc, No. 148), filed March 22, 2012, is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **114** months. This consists of **30** months as to Count 1 and a consecutive **84** months as to Count 2.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at an appropriate institution outside the state of Colorado to maximize safety concerns for this defendant.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years as to counts one and two, to run concurrently.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**    **Special Condition(s)** of **Supervised Release** are:

(X)    Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

(X)    As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(X)    The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.

**ORDERED:**    Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant to make **restitution** as follows:

| **Victims** | **Amount** |
|---|---|
| Colorado State Bank and Trust<br>Re: Mission Viejo 02/08/10 Bank Robbery<br>10026 San Juan Way<br>Littleton, Colorado 80127 | $56,000.00 |

Restitution is ordered jointly and severally with any restitution imposed for codefendants Ronnie Anderson (10-cr-00496-WYD-02) and Joshua Scott (10-cr-00496-WYD-03) pertaining to this offense. ***Court determines the defendant does not have the ability to pay interest and the interest requirement is waived for the restitution.***

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:38 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :27**