IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMIE MARTIN,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion for the Three Level Acceptance of Responsibility Reduction Pursuant to § 3E1.1 (ECF Doc. No. 147), filed March 22, 2012, is **GRANTED.** It is further

ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

Dated: March 26, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE